UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Quality Sleep Solutions, Inc.,
a New Mexico Profit corporation
EIN: 20-2704215,

Debtor.                                              No.

## DEBTOR'S BALANCE SHEET

See Attached.

Respectfully submitted,

**WILLIAM F. DAVIS & ASSOC., P.C.**
/s/ electronically filed 03/29/18
William F. Davis, Esq.
Attorneys for Debtor
6709 Academy NE, Suite A
Albuquerque, NM 87109
PH# (505) 243-6129
FX# (505) 247-3185

F:\Quality Sleep Solutions, Inc\Pleadings\BalanceSheet.FL

2:46 PM
03/29/18
Accrual Basis

# Quality Sleep Solutions, Inc.
## Balance Sheet
### As of March 29, 2018

|  | Mar 29, 18 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1000 · Banks | |
|         1010 · Bank of Albuquerque | 149.96 |
|         1030 · QSS-NM NM B&TChecking Account | 3,203.24 |
|         1040 · Ameritrade Clearing, Inc. | 956.90 |
|       Total 1000 · Banks | 4,310.10 |
|     **Total Checking/Savings** | 4,310.10 |
|     **Accounts Receivable** | |
|       1100 · Accounts Receivable - Corporate | 99,614.97 |
|       1101 · Accounts Receivable - Brightree | 1,324,583.05 |
|     **Total Accounts Receivable** | 1,424,198.02 |
|     **Other Current Assets** | |
|       1110 · Deposits | 17,242.92 |
|       1140 · Due to/from QSS Nevada | 63,722.35 |
|       1145 · Due to/from Start Your Wish LLC | 34,649.16 |
|       1200 · Inventory | |
|         1210 · DME Inventory | 266,704.38 |
|       Total 1200 · Inventory | 266,704.38 |
|     **Total Other Current Assets** | 382,318.81 |
|   **Total Current Assets** | 1,810,826.93 |
|   **Fixed Assets** | |
|     1300 · Automobiles | |
|       1310 · 2008 Chevy Malibu | 15,634.00 |
|       1311 · 2013 Chrysler 300 | 24,584.12 |
|       1312 · 2013 Ford Escape | 16,737.10 |
|       1313 · 2005 Dodge Caravan Sto N Go | 4,500.00 |
|       1314 · 2015 Chrysler 200 | 19,569.14 |
|     Total 1300 · Automobiles | 81,024.36 |
|     1400 · Furniture & Fixtures | |
|       1400.01 · Furniture | |
|         1400.19 · Executive Offices | 7,139.55 |
|         1400.01 · Furniture - Other | 50,252.64 |
|       Total 1400.01 · Furniture | 57,392.19 |
|       1400.02 · TV's | 3,295.54 |
|       1400.03 · Washer & Dryer | 2,310.58 |
|     Total 1400 · Furniture & Fixtures | 62,998.31 |
|     1450 · Leasehold Improvements | |
|       1450.07 · Leasehold Improvements - SF | 27,973.50 |
|       1450.98 · Coax Cable and Wiring | 1,615.77 |
|       1450.99 · Leasehold Improvements - Other | 37,382.92 |
|       1450 · Leasehold Improvements - Other | 3,952.00 |
|     Total 1450 · Leasehold Improvements | 70,924.19 |
|     1500 · Medical Equipment | |
|       MVSL Medical Equipment | |
|         1500.06 · Alice Sleep Systems | 80,825.95 |
|       Total MVSL Medical Equipment | 80,825.95 |
|       1500.00 · Bed System | 1,839.94 |
|         1500.01 · Dell OPT 740 Desktop | 1,991.12 |
|         1500.02 · Latitude D830 Laptop | 10,112.02 |
|         1500.03 · Matresses | 62,859.35 |
|         1500.04 · Sandman Elite Alys Sftwr Rmte | 58,512.55 |
|         1500.05 · SDMN Elite - BD | 11,382.92 |
|         1500.10 · Bedroom Accessories | |

# Quality Sleep Solutions, Inc.
## Balance Sheet
### As of March 29, 2018

|  | Mar 29, 18 |
|---|---:|
| Total 1500.00 · Bed System | 146,697.90 |
| 1500.07 · Sandman Pocket and 2 bed Setup | 34,783.42 |
| 1500.08 · Software & Hardware | 27,216.80 |
| 1500.09 · Video Equipment | 2,288.99 |
| 1500.11 · LoFlo | 2,795.00 |
| 1500.12 · MATRx System | 8,127.50 |
| 1500.14 · Miscellaneous Medical Equipment | 2,454.60 |
| 1500 · Medical Equipment - Other | 40,265.51 |
| Total 1500 · Medical Equipment | 345,455.67 |
| 1600 · Office Equipment | |
| 1600.01 · Computer | 22,353.16 |
| 1600.02 · Ipad Dominic | 1,284.64 |
| 1600.03 · Laptop | 1,721.87 |
| 1600.04 · Printer | 9,114.60 |
| 1600.05 · Server | 9,576.04 |
| 1600.06 · Telephone System | 6,277.62 |
| 1600.07 · Office Equipment - Various | 9,728.00 |
| Total 1600 · Office Equipment | 60,055.93 |
| 1650 · Sign | 25,893.04 |
| 1700 · Accumulated Depreciation | -331,448.58 |
| Total Fixed Assets | 314,902.92 |
| Other Assets | |
| 1141 · Due from Parent Company | 61,181.00 |
| 1800 · Goodwill-LC | 96,989.62 |
| 1900 · Covenants Not to Compete | 5,000.00 |
| Total Other Assets | 163,170.62 |
| **TOTAL ASSETS** | **2,288,900.47** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 · Accounts Payable | 519,552.08 |
| Total Accounts Payable | 519,552.08 |
| Credit Cards | |
| 2125 · Credit Cards | |
| 2125.00 · American Express - 21007 | |
| 2125.01 · American Express - JW- 21023 | 48,062.40 |
| 2125.02 · American Express - AM -21007 | 853.13 |
| 2125.03 · American Express - DiM-21049 | 77.40 |
| 2125.04 · American Express - LT- 21031 | 632.34 |
| 2125.05 · American Express - PG-21056 | 2,736.97 |
| 2125.06 · American Express - FZ-21064 | 181.80 |
| 2125.07 · American Express - JC- 22070 | 84.85 |
| 2125.08 · American Express - RP- 21080 | 107.62 |
| 2125.11 · American Express - RM - 21122 | 869.15 |
| 2125.12 · American Express - JH - 21130 | 246.88 |
| Total 2125.00 · American Express - 21007 | 53,852.54 |
| 2130.00 · Capital One | |
| 2130.01 · Capital One - 2347 - AM | 183.03 |
| 2130.02 · Capital One - 1029 - JW | 732.37 |
| Total 2130.00 · Capital One | 915.40 |
| Total 2125 · Credit Cards | 54,767.94 |
| Total Credit Cards | 54,767.94 |
| Other Current Liabilities | |
| 2200 · Deferred Income Tax | 449,568.00 |

# Quality Sleep Solutions, Inc.
## Balance Sheet
### As of March 29, 2018

|  | Mar 29, 18 |
|---|---|
| 2400 · LOC - QSS Nevada | 184,500.00 |
| 2500 · Payroll Liabilities |  |
|   2500.12 · Simple IRA - Employee Contribut | 3,444.25 |
| Total 2500 · Payroll Liabilities | 3,444.25 |
| 2525 · Sales Tax Payable | 66.57 |
| 2700 · Leases - ResMed DME Inventory |  |
|   2700.26 · Wells Fargo Inventory - 018 | -5,564.55 |
|   2700.27 · Wells Fargo Inventory - 019 | -96.37 |
|   2700.28 · Wells Fargo Inventory - 020 | 37,116.09 |
|   2700.29 · Wells Fargo Inventory - 022 | 16,097.70 |
|   2700.30 · Wells Fargo Inventory - 023 | 48,229.78 |
|   2700.31 · Wells Fargo Inventory - 025 | 64,945.40 |
|   2700.32 · Wells Fargo Inventory - 026 | 75,422.82 |
| Total 2700 · Leases - ResMed DME Inventory | 236,150.87 |
| 2800 · Leases - Respironics DME |  |
|   2800.05 · Philips Medical Capital - 005 | 657.98 |
|   2800.06 · Philips Medical Capital - 006 | 509.42 |
|   2800.07 · Philips Medical Capital - 007 | 3,331.62 |
|   2800.08 · Philips Medical Capital - 008 | 3,270.36 |
|   2800.09 · Philips Medical Capital - 009 | 4,506.40 |
|   2800.10 · Philips Medical Capital - 010 | 11,020.50 |
|   2800.11 · Philips Medical Capital - 011 | 4,333.34 |
|   2800.12 · Philips Medical Capital - 012 | 10,580.40 |
| Total 2800 · Leases - Respironics DME | 38,210.02 |
| 2900 · Leases - Fisher & Paykel DME |  |
|   2900.02 · Wells Fargo Inventory - 021 | 3,897.96 |
|   2900.03 · Navitas - 001 | 2,570.05 |
|   2900.04 · Wells Fargo Inventory - 024 | 5,853.96 |
|   2900.05 · Navitas - 002 | 3,305.51 |
| Total 2900 · Leases - Fisher & Paykel DME | 15,627.48 |
| Total Other Current Liabilities | 927,567.19 |
| Total Current Liabilities | 1,501,887.21 |
| Long Term Liabilities |  |
|   2670 · Deferred Income Taxes | 121,784.00 |
|   2675 · Loans |  |
|     2675.06 · Dominic Melendrez | 27,444.48 |
|     2675.07 · NM B&T - Hobbs Sleep Center | 11,810.20 |
|     2675.10 · Nusenda CU - 2015 Chrysler 200 | 5,712.45 |
|     2675.13 · LOC Term Loan | 95,760.69 |
|   Total 2675 · Loans | 140,727.82 |
| Total Long Term Liabilities | 262,511.82 |
| Total Liabilities | 1,764,399.03 |
| Equity |  |
|   3010 · Capital Stock | 500.00 |
|   3030 · Retained Earnings | 792,697.62 |
|   3060 · Treasury Stock | -35,068.04 |
|   Net Income | -233,628.14 |
| Total Equity | 524,501.44 |
| TOTAL LIABILITIES & EQUITY | 2,288,900.47 |